**FILED**

December 21, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>       Plaintiff,             )<br>v.                            )<br>                              )<br>JAMES ASHFORD WHITE,          )<br>                              )<br>       Defendant.             ) | Case No. MAG. 07-0389-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES ASHFORD WHITE, Case No. MAG. 07-0389-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $500,000.00 and/or all available equity in the property proffered on the record.

   _X_   Agreement to Forfeit Property Form (Interim bond)

   _X_   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered released forthwith under a Agreement to Forfeit Property Form pending the filing of secured bond. Defense counsel is to file the secured bond paperwork no later than 1/2/2008.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/21/07 at 2:45 pm

By _____
Edmund F. Brennan
United States Magistrate Judge